**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Jermaine Perry
Madison Parish Detention DOC No. 512965
Center 158 Treatment Plant Rd
Tallulah LA 71282

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 1, 2024

**REHEARING ACTION: May 1, 2024**

**Docket Number: 23   00256-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JERMAINE PERRY**

**Writ Application from Rapides Parish Case No. 274,948**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Shannon J. Gremillion**
   **Hon. Charles G. Fitzgerald**
   **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Jermaine Perry** is:

   **APPLICATION FOR REHEARING DENIED.**  *See* Uniform Rules—Courts
   of Appeal, Rule 2-18.7.

cc: Hon. Phillip Terrell, Jr., Counsel for  the Respondent